FIREMEN'S FUND INSURANCE COMPANY et al., appellants.

*v.*

GLADYS NICHOLSON et al., respondents.

[Decided October 15th, 1928.]

On appeal from a decree of the court of chancery.

*Mr. Joseph T. Lieblich,* for the appellants.

*Messrs. Ward & McGinnis,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *103 N. J. Eq. 33.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ.   13.

*For reversal*—None.